No. 95–7123. ATTWOOD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until March 12, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 95–7134. HARDY ET UX. *v.* CITY OF ORLANDO. C. A. 11th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 12, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 95–7070. IN RE BROWN;
No. 95–7310. IN RE MCCALL;
No. 95–7325. IN RE PRICE;
No. 95–7363. IN RE NANAYAKKARA; and
No. 95–7535. IN RE KIRBY. Petitions for writs of habeas corpus denied.

No. 95–6982. IN RE ELLIS;
No. 95–7006. IN RE CRAIG;
No. 95–7225. IN RE TAL; and
No. 95–7299. IN RE SAMPLE. Petitions for writs of mandamus denied.

No. 95–7537. IN RE MOSES. Petition for writ of mandamus and/or prohibition denied.

No. 95–992. TURNER BROADCASTING SYSTEM, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 95–938. IMMIGRATION AND NATURALIZATION SERVICE *v.* YUEH-SHAIO YANG. C. A. 9th Cir. Certiorari granted.

No. 95–6556. OLD CHIEF *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.